FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS - 6 / ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

BRIAN JOSEPH STOLTIE,

        Petitioner,

        v.

JAMES E. TILTON, WARDEN,

        Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. EDCV 08-1149-DDP (MLG)

JUDGMENT

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: May 27, 2009

Dean D. Pregerson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY